**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**RANDALL BOAZ OWENS**
**on behalf of JONATHAN CLEMENTS,**

**Plaintiff,**

**v.** **Case No.: 3:26cv1910/MCR/ZCB**

**STATE OF FLORIDA, et al.,**

**Defendants.**
______________________/

**ORDER**

The magistrate judge issued a Report and Recommendation on March 19, 2026. (Doc. 7). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice**.

3. All pending motions are **DENIED** as moot.

4. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**